IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE TUNSTALL, JR.,

    Petitioner,                    No. CIV S-07-0037 FCD EFB P

    vs.

FINN, Warden,

    Respondent.              ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed *in forma pauperis*.

       Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed *in forma pauperis* is granted. 28 U.S.C. § 1915(a).

       Petitioner has failed to adequately specify the grounds for relief in his petition. Under Rule 2(c) of the Rules Governing § 2254 Cases, a petition must: (1) specify the grounds for relief available to the petitioner; (2) state the facts supporting each ground; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242.

/////

1

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: January 16, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2